80,116-02

**CAUSE NO. 6477; CAUSE NO. 7043; CAUSE NO. 7045**

| | | |
|---|---|---|
| JOE C. VELASQUEZ | § | IN THE 32ND JUDICIAL |
| TDCJ-ID # 1514824 | § | DISTRICT COURT OF |
| SID # TX06382761 | § | MITCHELL COUNTY, TX |
| RELATOR | § | |
| V. | § | |
| MITCHELL COUNTY | § | |
| COURT REPORTER | § | |
| MARY MARGARET SPARKS-COX | § | |
| OFFICIAL COURT REPORTER | § | |
| TEXAS CSR 1946 | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 01 2015

Abel Acosta, Clerk

## PLAINTIFF'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGED OF SAID COURT:

COMES NOW JOE C. VELASQUEZ, RELATOR, PRO SE IN THE ABOVE-STYLED AND NUMBERED CAUSE OF ACTIONS AND FILES THIS ORIGINAL APPLICATION FOR WRIT OF MANDAMUS.

I

JOE C. VELASQUEZ; TDCJ # 1514824, IS AN OFFENDER INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND IS APPEARING PRO SE. WHO CAN BE LOCATED AT THE THOMAS GOREE UNIT, 7405 HWY. 75 SOUTH,

HUNTSVILLE, TEXAS 77344. RELATOR HAS EXHAUSTED HIS REMEDIES AND HAS NO OTHER ADEQUATE REMEDY AT LAW. THE ACT SOUGHT TO BE COMPELLED IS MINISTERIAL, NOT DISCRETIONARY IN NATURE. RESPONDENT IS REQUIRED TO MAKE AVAILABLE A TRANSCRIPT COPY OF A TRIAL COURTS PROCEEDINGS FOR APPEALS AND BE TRANSCRIPTED TO AN APPELLATE COURT FOR REVIEW IF THERE ARE ISSUES TO RESOLVED

## II

RESPONDENT: MARY MARGARET SPARKS-COX, IN HER CAPACITY AS COURT REPORTER OF MITCHELL COUNTY, TEXAS HAS A MINISTERIAL DUTY TO MAKE COPIES AVAILABLE UPON REQUEST OF THE TRIAL TRANSCRIPT

## III

THE RESPONDENT HAS FAILED TO PROVIDE A COMPLETE COPY UPON NUMEROUS REQUESTS OF THE TRIAL COURTS TRANSCRIPT, FOR THE PURPOSE OF FILING AN APPLICATION FOR WRIT OF HABEAS CORPUS. RELATOR HAS REPEATEDLY PUT RESPONDENT ON NOTICE THAT RELATOR SEEKS THE TRANSMITTAL OF THE COMPLETE COPY OF THE TRIAL COURTS TRANSCRIPT. RELATOR HAS GONE WELL BEYOND ANY REQUIREMENT OR OBLIGATION IMPOSED UPON HIM BY THE RULES OF APPELLATE PROCEDURE. IN CONTRAST TO RELATOR'S EFFORTS, RESPONDENT HAS WHOLLY FAILED TO COMPLY WITH THE RULES OF APPELLATE PROCEDURE, AND IS ACTING IN BAD FAITH, AND FAILED TO AFFORD RELATOR THE PROFESSIONAL AND COMMON COURTESY OF ANY WRITTEN RESPONSE AS TO THE FAILED AND INCOMPLETE REQUESTS.

LEGAL DOCUMENT

## IV

WHEREFORE, PREMISES CONSIDERED RELATOR JOE C. VELASQUEZ, PRO SE, RESPECTFULLY REQUEST A FINDING THAT THE RESPONDENT DID NOT TRANSMIT THE COMPLETE COURT TRIAL TRANSCRIPT WITHIN A REASONABLE TIME AFTER THE DATE THEY WERE REQUESTED AND THE RELATOR BROUGHT THIS LITIGATION IN GOOD FAITH AND HAS SUBSTANTIALLY PREVAILED. RELATOR PRAYS FOR AN ORDER DIRECTING RESPONDENT TO TRANSMIT THE COMPLETE TRANSCRIPT OF THE TRIAL COURTS PROCEEDINGS ON MARCH 13, 2008

RESPECTFULLY SUBMITTED

JOE C. VELASQUEZ

RELATOR